COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN THE MATTER OF A.J.C., A CHILD, | | No. 08-21-00090-CV |
| | § | |
| Appellant. | | Appeal from the |
| | § | |
| | | 388th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2019DCM6656) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until August 14, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 14, 2021.

IT IS SO ORDERED this 4th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.